# Exhibit C

FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER
WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
ATTORNEYS & COUNSELORS AT LAW

July 31, 2006

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 1200
Orange, CA 92868

Re: **Notice of Rescission by Jeannie C. Monteiro of 125 Doyle Ave Providence, RI 02906, Loan Number: 0052392909, Closing Date 08/04/2003.**

To Whom It May Concern:

I represent Jeannie C. Monteiro concerning the mortgage loan transaction she entered into with Ameriquest Mortgage Company on August 4, 2003. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Jeannie C. Monteiro was given incomplete and therefore, inaccurate notice of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Monteiro's property located at 125 Doyle Ave., Providence, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Jeannie C. Monteiro**
**By her Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

VIA EXPRESS MAIL

cc: Jeannie C. Monteiro