# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JEANNIE C. MONTEIRO,<br>Plaintiff,<br>v.<br>AMERIQUEST MORTGAGE COMPANY,<br>Defendant. | C.A. No. 06-353 S |

## DEFENDANT AMERIQUEST MORTGAGE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ameriquest Mortgage Company ("Ameriquest") hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of Ameriquest stock.

Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774) (ses@psh.com)
Carolyn P. Medina (#7109) (cpm@psh.com)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: September 28, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2006, the foregoing DEFENDANT AMERIQUEST MORTGAGE COMPANY'S CORPORATE DISCLOSURE STATEMENT was electronically filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre
Claude Lefebvre

/s/ Steven E. Snow

878051_1/7511-31